UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE MANUEL L. REAL)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17cr00332-R |
| Plaintiff, | |
| v. | **DENYING** |
| | **ORDER ON REQUEST TO MODIFY CONDITIONS OF TRAVEL AND REMOVE ANKLE MONITORING DEVICE** |
| KURTIS LAW, | |
| Defendant. | |

The Court hereby orders that the request to modify conditions of travel and remove the ankle monitoring bracelet prior to self surrenderis hereby:

☐ GRANTED          ☑DENIED

DATED this __18th__ day of __April   2018__.

_____
Hon. Manuel L. Real

CC: PSA-LA
USM

17cr00332-R