| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED**  |
| FOR THE NINTH CIRCUIT | AUG 29 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

KURTIS LAW,

        Defendant-Appellant.

No. 17-50368

D.C. No. 2:17-cr-00332-R
Central District of California,
Los Angeles

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 17) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7

DV/AppComm Direct Criminal